United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 1, 2003**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

m 02-21045

CAPTAIN SHERIFF SAUDI,

Plaintiff-Appellant,

VERSUS

S/T MARINE ATLANTIC, ETC., ET AL.,

Defendants,

JURONG SHIPPING, LTD.,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
m H-99-CV-2367

Before SMITH, BARKSDALE, and CLEMENT,
Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.